**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| AERITAS, LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 6:18-cv-106 |
| v. | § § | Jury Trial Demanded |
| TACO BELL CORP. | § § | |
| *Defendant.* | § | |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Aeritas, LLC files this Joint Motion to Stay All Deadlines and Notice of Settlement, and respectfully shows the Court as follows:

Plaintiff and Defendant have reached agreement on a settlement that resolves all claims asserted in this action. The parties respectfully request a thirty (30) day stay of all deadlines until June 18, 2018 and request that all pending deadlines be extended accordingly so that the settlement can be finalized and dismissal papers submitted. Plaintiff has conferred with Defendant, who joins this motion. A proposed order is attached.

Dated: May 18, 2018                              Respectfully submitted,

                                                          **DELGIORNO IP LAW, PLLC**

                                                          By: /s/ Matthew DelGiorno

                                                          Matthew DelGiorno
                                                          State Bar No. 24077131
                                                          matt@delgiornolaw.com

                                                          906 Granger Drive
                                                          Allen, TX  75013

Telephone: (214) 601-5390

**ATTORNEY FOR PLAINTIFF
AERITAS, LLC**