IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AERITAS, LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 6:18-cv-106 |
| v. | § § | Jury Trial Demanded |
| TACO BELL CORP. | § § | |
| *Defendant.* | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff Aeritas, LLC, pursuant to Fed. R. Civ. P. 41(a)(1), hereby moves for an order dismissing Plaintiff's claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.  This notice of dismissal is being filed before the opposing party served either an answer or a motion for summary judgment.

Dated: May 29, 2018                                         Respectfully submitted,

**DELGIORNO IP LAW, PLLC**
By:    */s/ Matthew DelGiorno*
         Matthew DelGiorno
         State Bar No. 24077131
         matt@delgiornolaw.com

         906 Granger Drive
         Allen, TX  75013
         Telephone:     (214) 601-5390


         **ATTORNEY FOR PLAINTIFF**
         **AERITAS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 29, 2018, the foregoing document was filed electronically in compliance with Local Rule CV–5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV–5(a)(3)(A).

/s/ *Matthew DelGiorno*
Matthew DelGiorno